IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__MACON__ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Lawrence R. Smith

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

CIVIL ACTION NO:

VS.

Gregory Sampson, D/W/S 'Mims' Capt. Banks, Lt. John Doe 1, Lt. John Doe 2, Sgt. Green,

(NAME OF EACH DEFENDANT)

Defendant(s)

## I. GENERAL INFORMATION

1. Your full name and prison number __Lawrence Rupert Smith-1137815__
2. Name and location of prison where you are now confined __Central State Prison__
3. Sentence you are now serving (how long?) __50 years__
    (a) What were you convicted of? __2 counts aggravated child molestation and 3 counts child molestation__
    (b) Name and location of court which imposed sentence __Richmond County Superior Court__
    (c) When was sentence imposed? __April 25, 2003__
    (d) Did you appeal your sentence and/or conviction?  Yes ☑ No ☐
    (e) What was the result of your appeal? __Affirmed.__

(f) Approximate date your sentence will be completed **2051**

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE <u>ALL</u> PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

   Yes [ ]   No [✓]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s): _____

   Defendant(s): _____

   (b) Name of Court: _____
   (c) Docket Number: _____ When did you file this lawsuit? _____
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending?   Yes [ ]   No [ ]
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

   _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [✓]   No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s): **I do not remember the actions**
   Defendant(s): **or case numbers to Lawsuits**
   (b) Name of Court: **filed, but yes I am under the 3 Strikes.**
   (c) Docket Number: _____ When did you file this lawsuit? _____
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending?   Yes [ ]   No [ ]

(f)  If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

_____

8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ☑   No ☐

If your answer is Yes, state the name of the court and docket number as to each case:

U.S.M.D.
U.S.S.D.
U.S.N.D.

Don't have case numbers has it has been years ago.

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? The first incident in K building, the second in H building.

   (a) Does this institution have a grievance procedure?   Yes ☑   No ☐

   (b) If your answer to question 9(a) is "Yes", answer the following:

   (1) Did you present your complaint(s) herein to the institution as a grievance?
   Yes ☑   No ☐

   (2) If Yes, what was the result? The first grievance was partially granted. The second grievance dealing with Green is pending.

   (3) If No, explain why not: _____

_____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

I have spoken to the warden about the shortage of staff and about medical emergencies when no officers are working the housing units.

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ☑   No ☐

(1) If Yes, to whom did you appeal and what was the result? To the Commissioner's office but the first grievance also covers the second.

(2) If No, explain why you did not appeal: _____

10. In what other institutions have been confined? Give dates of entry and exit.

Coastal State Prison, 8-22-03 to 3-31-04, Coffee Correctional Facility 3-31-04-6-15-06, Autry State Prison 6-15-06 to 3-1-08, Central State Prison 3-1-08 - october 22, 2010, Riverbend, Autry and GSP back to Autry and Central.

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Lawrence Rupert Smith, GDC#: 1137815 Central State Prison, 4600 Fulton Mill Rd, Macon, Georgia 31208.

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Gregory Sampson, Warden, Deputy Warden of Security Mims, Captain Banks, Lt. John Doe Number 1 shift supervisor, Lt. John Doe number 2 shift supervisor, Seargeant Green correctional officer.

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? __Central State Prison__

WHEN do you allege this incident took place? __September 2021 and March 2022__

WHAT happened? __See Formal Complaint__

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Darryl Butler held me down on the Top Bunk while I was having a seizure. also attempted to contact the officer only to find out no officer was available in K building.

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

See Formal Complaint

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 29th day of April, 2022.

_____
PLAINTIFF