IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| LAWRENCE R. SMITH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:22-cv-170-MTT-CHW |
| | : | |
| Warden GREGORY SAMPSON, *et al.*,[1] | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| Defendant. | : | Before the U.S. Magistrate Judge |
| | : | |

## ORDER

Before the Court is a motion to compel filed by Plaintiff Lawrence Smith. (Doc. 50). Plaintiff states that on March 14, 2023, he sent interrogatories to Defendant Lt. R. Green, which have gone unanswered. (*Id.*) Plaintiff has now filed a motion for summary judgment and attached Defendant's responses to the motion as a supporting exhibit. (Docs. 55, 55-8). Therefore, Plaintiff's motion to compel (Doc. 50) is **DISMISSED as moot**.

**SO ORDERED**, this 26th day of October, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[1] The docket of this case makes it appear that Defendants Lt. John Doe 1, Lt. John Doe 2, and Sgt. Green are still active. However, Plaintiff's recast operative complaint did not include these defendants (Docs. 11; 35, p. 1, n. 1), and, as the Court earlier directed, these defendants should not be active. S*ee* (Doc. 13, p. 1, n. 1). The Clerk of Court is hereby **DIRECTED** to terminate Defendants Lt. John Doe 1, Lt. John Doe 2, and Sgt. Green.