IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LAWRENCE R. SMITH, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-CV-170 (MTT) |
| | * |
| Warden GREGORY SAMPSON, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 20, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 21st day of August, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk